UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLENE BROWN,

    Plaintiff,

v.

LION SHARE INVESTMENTS, LLC,

    Defendant.

Case No. 17-cv-05531-EMC

**ORDER OF DISMISSAL**

Docket No. 24

    Previously, the Court issued to Ms. Brown an order to show cause as to why her bankruptcy appeal before this Court (*i.e.*, of the bankruptcy court's order of September 8, 2017, granting Lion Share's motion for relief from the bankruptcy automatic stay) should not be dismissed based on his failure to prosecute the appeal and/or the dismissal of the underlying bankruptcy case. The Court instructed Ms. Brown to file a response to the order to show cause by February 7, 2018, and specifically warned Ms. Brown that, if she failed to file a response by that date, her appeal before this Court would be automatically dismissed. *See* Docket No. 24 (order to show cause).

    It is now past February 7, and the Court still has received no response to the order to show cause. Accordingly, the Court hereby **DISMISSES** Ms. Brown's appeal based on her failure to

///
///
///
///
///
///

prosecute, the dismissal of the underlying bankruptcy case, and her failure to respond to the order to show cause. The Clerk of the Court is instructed to enter a final judgment and close the file in this case.

**IT IS SO ORDERED**.

Dated: February 14, 2018

_____
EDWARD M. CHEN
United States District Judge